# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP S. LANGFORD, | : |
| Plaintiff, | : CIVIL ACTION NO. 18-cv-4330 |
| v. | : FILED VIA ECF |
| LIBERTY COCA-COLA BEVERAGES LLC and COCA-COLA REFRESHMENTS USA, INC., | : |
| Defendants. | : |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Coca Cola Refreshments, USA, Inc., by and through its undersigned counsel of record, state as follows:

Defendant Coca-Cola Refreshments USA, Inc. d/b/a Coca-Cola Refreshments is a wholly-owned subsidiary of The Coca-Cola Company, which is a publicly-traded company on the New York Stock Exchange under the symbol KO.

Respectfully submitted,

*/s/ Sheri Flannery*
Paul Lantis (PA # 309240)
Sheri M. Flannery (PA # 316556)
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
(267) 402-3000 (t)
(267) 402-3131 (f)
plantis@littler.com
sflannery@littler.com

Attorneys for Defendants

Dated: February 25, 2019

**CERTIFICATE OF SERVICE**

    I, Sheri M. Flannery, hereby certify that the foregoing document was filed using the Court's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

                                      */s/ Sheri M. Flannery*
                                      Sheri M. Flannery

Dated:  February 25, 2019