IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP S. LANGFORD, | : |
| Plaintiff, | : CIVIL ACTION NO. 18-cv-4330 |
| v. | : FILED VIA ECF |
| LIBERTY COCA-COLA BEVERAGES LLC and COCA-COLA REFRESHMENTS USA, INC., | : |
| Defendants. | : |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Liberty Coca-Cola Beverages, LLC, by and through its undersigned counsel of record, state as follows:

Defendant Liberty Coca-Cola Beverages, LLC is a wholly owned subsidiary of Liberty CC Holdings LLC, which is a privately held company.

                                                      Respectfully submitted,

                                                  */s/ Sheri Flannery*
                                                  Paul Lantis (PA # 309240)
                                                  Sheri M. Flannery (PA # 316556)
                                                  LITTLER MENDELSON, P.C.
                                                  Three Parkway
                                                  1601 Cherry Street, Suite 1400
                                                  Philadelphia, PA 19102.1321
                                                  (267) 402-3000 (t)
                                                  (267) 402-3131 (f)
                                                  plantis@littler.com
                                                  sflannery@littler.com

                                                  Attorneys for Defendants

Dated: February 25, 2019

**CERTIFICATE OF SERVICE**

    I, Sheri M. Flannery, hereby certify that the foregoing document was filed using the Court's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

                                        */s/ Sheri M. Flannery*
                                        Sheri M. Flannery

Dated: February 25, 2019